**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     *In re Kenny Bates d/b/a Bates Backhoe Service*

Appellate case number:   01-13-00037-CV

Trial court case number:   11-CV-0328

Trial court:                 212th District Court, Galveston County, Texas


On January 14, 2013, relator, Kenny Bates *d/b/a* Bates Backhoe Service, petitioned for a writ of mandamus. It is **ordered** that the response of the real party in interest is due **Monday, February 4, 2013.**

It is so ORDERED.


Judge's signature: /s/ Evelyn V. Keyes

☑ Acting individually    ☐ Acting for the Court


Date:  January 14, 2013